

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-16,518-07

### EX PARTE ROBERT HARLEY MCCRAY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 439378-D IN THE 338TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to seventy-five years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *McCray v. State,* No. A14-89-00271-CR (Tex. App. — Houston [14th Dist.] Nov. 14, 1991) (not designated for publication).

In the instant application, Applicant alleges that he received ineffective assistance of both trial and appellate counsel. He also alleges that his good time, work time, educational

time and bonus time credits were improperly forfeited, that he was improperly compelled to wear a GPS tracking device as a condition of mandatory supervision, and that the Civil Commitment statutes violate the prohibition on *ex post facto* punishment.

This Court has reviewed Applicant's ineffective assistance of counsel claims and has determined that they are barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Therefore, those claims are dismissed. Applicant's remaining claims are without merit; thus, they are denied.

DO NOT PUBLISH
DELIVERED: April 26, 2017